**Keith VAUGHN, Appellant,**

**v.**

**Lisa EVANS, W.D. Hurley, Chris Browning, Steve Lakey, Amy Gertz, Jean Ann Johnson, Mike Kemna, Tom Clements, and Gary B. Kempker, Respondents.**

**No. WD 61197.**

Missouri Court of Appeals, Western District.

Nov. 12, 2002.

Keith Vaughn, Appellant Pro Se, Cameron for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, John Munson Morris and Susan Glass, Attorney General, Office, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Keith Vaughn appeals the circuit court's judgment dismissing his "civil rights and negligence" complaint for failure to state a claim. We affirm. Rule 84.16(b).